# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-535-GW-JPRx | Date | June 13, 2022 |
|---|---|---|---|
| Title | *Yong Koo v. American Premier Holding Group LLC* | | |

**Present: The Honorable     GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**


On June 10, 2022, Plaintiff Yong Koo filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court now sets an order to show re: settlement hearing for July 14, 2022 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on July 13, 2022.

|  | : |  |
|---|---|---|
| | Initials of Preparer | JG |