JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 22-535-GW-JPRx |
| Date | July 13, 2022 |
| Title | Yong Koo v. American Premier Holding Group LLC |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present    None Present

**PROCEEDINGS :    IN CHAMBERS - ORDER**

The Court has received Plaintiff's Notice of Voluntary Dismiss of Entire Action (ECF No. 14). Based thereon, the July 14, 2022 Order to Show Cause re Settlement is taken off-calendar and this action is dismissed with prejudice.

:

Initials of Preparer    JG